UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CASSANDRA WILSON | CIVIL ACTION NO. 07-1086 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| AMERICREDIT FINANCIAL SERVICES, INC. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The instant appeal was entered on the Court's docket on June 21, 2007 [Doc. No. 1]. Bankruptcy Rule 8009(a) provides that an "appellant shall serve and file a brief within 15 days after entry of the appeal on the docket pursuant to Rule 8007." Further, the clerk issued a Notice of Setting Bankruptcy Appeal on June 26, 2007 [Doc. No. 4] advising appellant that she had 15 days to file her brief. As of today, Wilson still has not filed her brief nor has she filed for an extension of time in which to do so.

"An appellant's failure to take any step other than timely filing notice of appeal does not affect the validity of the appeal, but is ground only for such action as the district court or bankruptcy appellate panel deems appropriate, which may include dismissal of the appeal. Fed. R. Bankr. P. 8001(a). The Fifth Circuit has upheld the dismissal of bankruptcy appeals based on an appellant's failure to timely file a brief. See, e.g., In re Pequeno, 2007 WL 1806866 (5th Cir.)(slip op.).

Accordingly, the above listed cause number is **DISMISSED** for lack of prosecution.

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 1st day of August, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE